# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Trustees on behalf of Supplemental Income Plan,

        Plaintiff(s),

v.

Central Parking System, Inc.

        Defendant(s).

CASE NO. C-05-1137 BZ

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    ✓    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated: July 11, 2005

                                  Attorney for Plaintiff

Dated: July 11, 2005

                                  Attorney for Defendant

~~[PROPOSED]~~ ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to: MEDITATION
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
    Private ADR

Deadline for ADR session
    90 days from the date of this order.
    other

IT IS SO ORDERED.

Dated: July 12, 2005



UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | COSTA KERESTENZIS, SBN 186125 |
| | **BEESON, TAYER & BODINE, APC.** |
| 2 | 1001 – 6th Street, Suite 500 |
| 3 | Sacramento, CA 95814 |
| | Telephone: 916.441.2196 |
| 4 | Facsimile: 916.441.5208 |
| 5 | Email: ckerestenzis@beesontayer.com |
| 6 | Attorneys for Plaintiff(s) |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trustees on Behalf of Supplemental Income Plan, | Case No. C-05-1137 BZ |
| Plaintiff(s), | **PROOF OF SERVICE BY MAIL** |
| v. | |
| Central Parking System, Inc., | |
| Defendant(s). | |

STATE OF CALIFORNIA )
) SS
COUNTY OF SACRAMENTO )

I declare that I am employed in the County of Sacramento, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 1001 – 6th Street, Suite 500, Sacramento, California 95814. On this day I served the foregoing Document(s): ***STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS***

**X By Mail** on the following party(ies) in said action in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Beeson, Tayer & Bodine, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business in a United States mailbox in the City of Sacramento, California, addressed as follows:

Proof of Service by Mail
30728.doc

DANIEL T. BERKLEY, ESQ.
GORDON & REES, LLP
275 BATTERY STREET, SUITE 2000
SAN FRANCISCO, CA 94111

☐ **By Overnight Delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure §1013(c), by placing a true and correct copy thereof enclosed in a sealed envelope, with delivery fees prepaid or provided for, in a designated outgoing overnight mail, addressed as set forth below. Mail placed in that designated area is picked up that same day, in the ordinary course of business for delivery the following day via United States Postal Service Express Mail or United Parcel Service Overnight.

☐ **By Facsimile Transmission,** in accordance with Code of Civil Procedure §1013(e), to the following party(ies) at the facsimile numbers indicated below.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Sacramento, California, on this date, July 11, 2005.

*/s/ Trisha Martin*
Trisha Martin
BEESON, TAYER & BODINE
1001-6th Street, Suite 500
Sacramento, CA 95814

Proof of Service by Mail
30728.doc

2