1  CATHERINE AROSTEGUI, SBN 118756
   COSTA KERESTENZIS, SBN 186125
2  **BEESON, TAYER & BODINE, APC.**
3  1001 – 6th Street, Suite 500
   Sacramento, CA 95814
4  Telephone: 916.441.2196
   Facsimile: 916.441.5208
5
6  Attorneys for Plaintiff
   TRUSTEES ON BEHALF OF
7  SUPPLEMENTAL INCOME PLAN

E-filing

8

9
                        UNITED STATES DISTRICT COURT
10
                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12

13  TRUSTEES ON BEHALF OF                    Case No. C-05-1137 BZ
    SUPPLEMENTAL INCOME PLAN;
14                                           **STIPULATION RE DISMISSAL OF
15                           Plaintiff,       ACTION; [PROPOSED] ORDER**
    v.
16
17  CENTRAL PARKING SYSTEM, INC.,
    a Tennessee Corporation,
18
19                           Defendant.

20  _____

21     Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the agreement and
22  stipulation of the parties, Plaintiff hereby dismisses the above-referenced action with prejudice.
23

24

25  Dated: September 16, 2005
26                                           _____
                                             Costa Kerestenzis,
27                                           BEESON, TAYER & BODINE, APC
28                                           Attorneys for Supplemental Income Plan

Stipulation; Order

Case 3:05-cv-01137-BZ   Document 12   Filed 09/21/05   Page 2 of 3

Sep-19-05  09:35am  From-GORDON REES    Case 3:05-cv-01137-BZ   Document 11   Filed 09/20/2005   Page 2 of 3   4152693292   T-115  P.03/03  F-858

1
2
3  Dated: 9·16·05

*Daniel T. Berkley,*
GORDON & REES, LLP
Attorneys for Central Parking System, Inc.

4
5
6
7                              **IT IS SO ORDERED**
8
9
10 Dated: 21/Sept/05

*BERNARD ZIMMERMAN*
United States District Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation; Order

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

I declare that I am employed in the County of Sacramento, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 1001 – 6th Street, Suite 500, Sacramento, California 95814  On this day I served the foregoing Document(s):

**STIPULATION RE DISMISSAL OF ACTION; [PROPOSED] ORDER**

☒ **By Mail** on the following party(ies) in said action in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Beeson, Tayer & Bodine, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business in a United States mailbox in the City of Sacramento, California, addressed as follows:

Daniel T. Berkley, Esq.
Gordon & Rees, LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA  94111

☐ **By Personal Delivering** a true copy thereof, in accordance with Code of Civil Procedure §1011, to the person(s) and at the address(es) set forth below:

☐ **By Overnight Delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure §1013(c), by placing a true and correct copy thereof enclosed in a sealed envelope, with delivery fees prepaid or provided for, in a designated outgoing overnight mail, addressed as set forth below. Mail placed in that designated area is picked up that same day, in the ordinary course of business for delivery the following day via United States Postal Service Express Mail.

☐ **By Facsimile Transmission**, in accordance with Code of Civil Procedure §1013(e), to the following party(ies) at the facsimile numbers indicated below.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Sacramento, California, on this date, September 20, 2005.

*[signature]*
Meri K. Schmidgall
BEESON, TAYER & BODINE

Stipulation; Order
33037.doc

3